JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HDN Auto Sales, Inc., | ) | Case No. **CV 10-1644-JFW (SSx)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| HTL Automotive, Inc. dba Hooman Toyota of Long Beach, | ) | |
| Defendant. | ) | |

The Court, having granted Plaintiff and Counter Defendant HDN Auto Sales, Inc.'s motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that HDN Auto Sales, Inc. was entitled to judgment as a matter of law on its claims for relief for breach of contract and conversion alleged in its Complaint filed on March 5, 2010 (as amended on September 29, 2010) against Defendant and Counter Claimant HTL Automotive, Inc. dba Hooman Toyota of Long Beach ("HTL Automotive, Inc."), and on all of the claims alleged against it in HTL Automotive, Inc.'s Counterclaim filed on May 21, 2010,

1  IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
2 DECREED, that judgment is entered in this action as follows:
3  1.  HDN Auto Sales, Inc. shall have judgment in its favor
4 against HTL Automotive, Inc. on its claims for breach of
5 contract and conversion in the amount of $92,367.80;
6  2.  HDN Auto Sales, Inc. shall have judgment in its
7 favor on HTL Automotive, Inc.'s Counterclaim;
8  3.  HDN Auto Sales, Inc. shall recover from HTL
9 Automotive, Inc. its costs of suit in the sum of $_____.

11  The Clerk is ordered to enter this Judgment.

14 Dated: January 27, 2011    _____
                                JOHN F. WALTER
15                              UNITED STATES DISTRICT JUDGE

2